G. Rodriguez #16802-081
FEDERAL CORRECTIONAL INSTITUTION
P.O. Box 3007
TERMINAL ISLAND CA. 90733



Los Angeles P&DC 900
MON 05 OCT 2020 PM

Office of the clerk U.S. District Court
District of Utah
351 C. West temple 1-100
Salt Lake, UT. 84101